

September 9th, 2022

**VIA ECF**
Hon Roanne L. Mann
United States District Judge

Re: Valle v. Dollar N Discount LLC et al
Civil Case No.: 1:22-CV-01921-AMD-RLM

---

Dear Judge Mann

    Our office represents Plaintiff Valle in the above-referenced matter. The parties communicated and respectfully request that they be referred to the court-annexed mediation program. The parties expect to select a mediator in the next couple of weeks and be prepared to mediate in either late September or early October.


Respectfully submitted,
**STILLMAN LEGAL, P.C.**

_/s/Lina Stillman
*Counsel for Plaintiff*