UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DIANA VALLE, individually and on behalf of others similarly situated,

        *Plaintiff*,

—against—

DOLLAR N DISCOUNT LLC (D/B/A REAL DEAL) AND MUHAMMAD HASSAN,

        *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

Civ. 1:22-cv-01921(AMD) (RLM)

To the Clerk of this Court and all parties of record:

    Enter my appearance as pro bono counsel in this case on behalf of:

DOLLAR N DISCOUNT LLC (D/B/A REAL DEAL) and Muhammad Hassan for the limited purpose of mediation. I certify that I am admitted to practice in the State of New York and the U.S. District Court for the Eastern District of New York.

I have undertaken this representation at the request of the City Bar Justice Center's Federal Pro Se Legal Assistance Project.

Commack, New York
October 12, 2022

        /s/ Nadia. M. Pervez
        Nadia M. Pervez, Esq. (NP-5388)
        Pervez & Rehman, P.C.
        *Attorneys for the Defendants*
        6268 Jericho Turnpike, Suite 8
        Commack, NY 11725
        (o) (631) 427-0700
        (f) (631) 824-9020
        npervez@pervezrehman.com