UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Diana Valle *individually and on behalf of others similarly situated*

        *Plaintiff*,

v.

Dollar N Discount LLC, Muhammad Hassan

        *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:22-cv-01921

# JOINT STATUS REPORT

The undersigned counsel of record for Plaintiff Valle ("Valle") and Defendant Dollar N Discount LLC (("Dollar") hereby serve the Joint Status Report ordered by Your Honor.

The parties are pleased to report that they have reached a settlement in principle with the assistance of mediator Joseph DiBenedetto. The parties respectfully request (20) twenty days to submit a motion for approval pursuant to *Cheeks*.

Dated: New York, New York
      November 25, 2022

**STILLMAN LEGAL P.C.**

By: _____/s/_____
     Lina Stillman

Lina Stillman
42 Broadway, 12th Floor
New York, New York 10004
Phone: 212.203.2417
*Attorney for Plaintiff*