**ROANNE L. MANN**  **DATE:** December 21, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 9:32 a.m.
  **END:** 9:45 a.m.

**DOCKET NO:** 22-cv-1921-AMD-RLM

**CASE** Valle v. Dollar N Discount LLC et al

☐ INITIAL CONFERENCE   X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE   ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE   X TELEPHONE CONFERENCE
☐ MOTION HEARING   ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
|  | Lina Stillman |

| **DEFENDANTS** | **ATTORNEY** |
|---|---|
|  | Nadia M. Pervez |

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY:_____ DEF. TO SERVE PL. BY:_____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing. Based on discussions with the parties and the Court's review of the *Cheeks* submissions (DE #25), the Court concludes that the settlement is fair and reasonable, and was reached following arms-length negotiations between the parties, with the assistance of court-annexed mediation. The Court therefore recommends that the parties' motion for settlement approval be granted, subject to the clarification to Section 8 of the settlement agreement, as set forth on the record, and that the Court will not retain jurisdiction to enforce the agreement. The parties indicate that they consent to magistrate judge jurisdiction in this case; as such, the parties should promptly file, via ECF, a fully executed Section 636 form. The parties' Stipulation of Discontinuance is due by December 22, 2022; the parties retain the right to reopen the case within 45 days of approval of the settlement, in the event that the settlement is not consummated. The Court thanks limited scope *pro bono* defense counsel for her assistance in resolving this case.