IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side

Dated: New York, New York
       December __, 2022

STILLMAN LEGAL, P C
*Attorneys for Plaintiff*

By: _____
Lina Stillman, Esq
42 Broadway, 12th Floor
New York, New York 10004
(212) 203-2417

PERVEZ & REHMAN, P C
*Attorneys for Defendants*
*(limited scope, pro bono)*

By: _Nadia M. Pervez_____
Nadia M Pervez

6268 Jericho Turnpike, Unit 8
Commack, New York 11725
(631) 427-0700


So Ordered

_____
Hon Roanne L Mann

3